# Frank G. Zappala

**Attorney at Law**
**142 Margaret Street**
**P.O. Box 2886**
**Plattsburgh, NY 12901**
**fgzappala@hotmail.com**

**Telephone**
**(518) 566-7211**

**\*Facsimile**
**(518) 566-7214**
**\*not for service**

May 25, 2026

Hon. Gary Favro
Northern District of New York
14 Durkee St.
Plattsburgh, NY 12901

Re: **USA v. Tayson Terrance**

Dear Judge Favro:

The above matter is scheduled for an appearance on May 26, 2026.

This is to request an adjournment until June 4, 2026.

Should you have any questions, please contact the undersigned.

Sincerely,

Frank Zappala